EVERHARDT et al. v. CITY OF
NEW ORLEANS et al.

No. 1284.   Decided May 26, 1969.

*William F. Wessel* for appellants.

*Alvin J. Liska* for appellees.

*John A. Eckler* filed a brief for the American Motorcycle Assn. as *amicus curiae*.

Per Curiam.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.